# LAW OFFICE OF AMY JANE AGNEW

Honorable Alvin K. Hellerstein
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Extension, as requested, is granted.
SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
3/12/2026

March 11, 2026

**VIA ECF**

**Re:**    ***Robert Romero, Jr., as administrator of the Estate of Robert Romero v. Bentivegna, et al., 24-cv-5251 (AKH)***

Dear Judge Hellerstein:

This Office represents Plaintiff, Robert Romero, Jr., administrator of the Estate of Robert Romero.  I write to request an extension of Plaintiff's time to serve expert reports from March 13, 2026 to April 10, 2026.  My office (very) recently received the OSI files relevant to investigations of decedent's medical care, as well as the discipline of a DOCCS employee who attempted to get medical care for the decedent.  The employee was so worried about the medical state of decedent he contacted individuals outside the facility.  Instead of getting the decedent the help he required, an investigation and disciplinary proceedings were initiated against the concerned staff member.  In light of the contents of the files, I have asked Defendants' counsel to allow us the depositions of the two OSI investigators as we did not have their names nor the contents of the files within the discovery calendar.  Defendants' counsel has made the request of their clients and we anticipate an answer shortly.

Plaintiffs' experts have also requested some additional time given that both have family holidays scheduled with their children.

Defendants' counsel has graciously consented to the extension.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

---

*New York Office*          (973) 600-1724          aj@ajagnew.com          *New Jersey Office*
24 Fifth Avenue, Suite 1701                                                          36 Page Hill Road
New York, NY 10011                                                                   Far Hills, NJ 07931